UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIRK ALAN THOMPSON,

    Plaintiff,

    v.

STAFFORD CREEK CORRECTIONS CENTER, et al,

    Defendant.

CASE NO. C09-5502FDB/JRC

ORDER TO FILE AN AMENDED COMPLAINT

This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Plaintiff is not proceeding *in forma pauperis* and has paid the filing fee (Dkt. # 1). The original complaint named a number of entities and persons as defendants and was 32 pages long (Dkt. # 1). Plaintiff was ordered to provide service documents and he has complied with that order.

On September 1, 2009, plaintiff filed a two-page document, which he titled as an "amended complaint" (Dkt. # 3). In that document, he dismisses all defendants except Property Office Cain. The document contains no facts, no statement of jurisdiction, and no claim for relief.

ORDER - 1

1  Plaintiff is ORDERED to file an amended complaint on the form provided by this court.
2  The amended complaint will act as a complete substitute for all prior complaints in this action.
3  Plaintiff will have until November 15, 2009 to comply with this order. Failure to file a proper
4  complaint will result in a Report and Recommendation that this action be DISMISSD.

The Clerk's Office is directed to send plaintiff a civil rights complaint form and note the November 15 date on the Court's calendar.

DATED this 14th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge