1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
8                                   AT TACOMA
9
    KIRK ALLEN THOMPSON,
10
                       Plaintiff,
11                                                     CASE NO.  C09-5502FDB/JRC
          v.
12                                                     ORDER TO PROVIDE A FILLED
    PROPERTY OFFICER CRAIN,                            OUT MARSHAL'S SERVICE
13                                                     FORM
                       Defendant.
14
15
16          This Civil Rights Action has been referred to United States Magistrate Judge J. Richard

17   Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's

18   Rule MJR3 and MJR4.  Plaintiff is not proceeding in forma pauperis and has paid the filing fee

19   (Dkt. # 1).  The original complaint named a number of entities and persons as defendants and

20   was thirty-two (32) pages long (Dkt. # 1).  Plaintiff was ordered to amend the complaint and on

21   November 9, 2009 the amended complaint was received (Dkt. # 6).  In that document plaintiff

22   references his prior complaint.  The amended complaint stands alone, without reference to other
23
     documents.  The court has reviewed the amended complaint and it states a claim sufficient to
24
     require service.
25
            Plaintiff did not provide a filled out Marshal's Service form as ordered on October 14,
26
     2009 (Dkt. # 5).  The Clerk's office is directed to send Mr. Thompson one Marshal's Service

ORDER - 1

1    form.  Plaintiff must fill out the form and return it by January 8, 2010 or the court will

2    recommend this action be dismissed for failure to prosecute.

3         The Clerk's Office is directed to note the January 8, 2010 date on the Court's calendar.

4         DATED this 10th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge