UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIRK ALLEN THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> PROPERTY OFFICER CRAIN, <br><br> Defendant. | CASE NO. C09-5502FDB/JRC <br><br> ORDER DENYING MOTION |

This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636 (b) (1) (A) and 636 (b) (1) (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Plaintiff is not proceeding in forma pauperis and has paid the filing fee (Dkt. # 1).

Before the court is a motion in letter form asking the court to "receive the attached original exhibits filed with the court returned." (sic) (Dkt. # 12). Plaintiff also states the parties should retain their exhibits for use at trial or in response to a Motion for Summary Judgment.

The court does not know what the plaintiff is asking the court to do.

ORDER - 1

1  If plaintiff needs copies he may obtain them by contacting the clerk's office and paying
2  the copying fee.  Otherwise, the documents are on file and may be referenced by either party, but
3  they are not currently evidence as there is not a question or motion before the court that would
4  allow the court to determine the admissibility of the documents.
5
6  The motion is unclear and is therefore, DENIED.  The Clerk's office should remove Dkt.
7  12 from the calendar.
8  DATED this 25th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2