# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIRK ALAN THOMPSON

v.

STAFFORD CREEK CORRECTIONS CENTER, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5502BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Defendant Crain's motion to dismiss (Dkt. 15) is **GRANTED**. This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g), as it is for failure to state a claim.

| | |
|---|---|
| June 28, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |